# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| DR. JAMES A. DUPREE | CIVIL ACTION NO. 09-1407 |
| VERSUS | DIST. JUDGE ROBERT G. JAMES |
| MONROE CITY SCHOOL BOARD | MAG. JUDGE KAREN L. HAYES |

## ORDER

Based on the factual allegations contained in Plaintiff Dr. James A. Dupree's ("Dupree") verified Complaint [Doc. No. 1] and Motion for Temporary Restraining Order [Doc. No. 2] and given the precedent on bias and irreparable harm in *Valley v. Rapides Parish Sch. Bd.*, 118 F.3d 1047 (5th Cir. 1997), and after consideration of the Opposition filed by Defendant Monroe City School Board ("MCSB"), the Court finds that Dupree has satisfied the requirements of Federal Rule of Civil Procedure 65(b). Accordingly,

IT IS HEREBY ORDERED that Dupree's Motion for a Temporary Restraining Order [Doc. No. 2] is GRANTED. MCSB is ENJOINED from conducting the removal hearing regarding Dupree, scheduled to occur at 4:30 P.M. on Wednesday, August 12, 2009. MCSB is further ENJOINED from conducting any hearing with respect to Dupree's Contract of Employment with the MCSB pending a hearing on Dupree's Complaint for a preliminary injunction.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(c), Dupree shall file a bond of $2,500.00 as security with the Clerk of Court no later than Thursday, August 13, 2009.

IT IS FURTHER ORDERED that, pursuant to the consent of Dupree's counsel on his

behalf, Dupree shall remain on paid suspension through Monday, August 17, 2009.

IT IS FURTHER ORDERED that a status conference is set for Monday, August 17, 2009, at 10:00 A.M., at the United States District Courthouse, 201 Jackson Street, Monroe, Louisiana. All counsel must attend in person.

MONROE, LOUISIANA, this 12th day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE